```
1  TRACY L. WILKISON
   Acting United States Attorney
2  CHRISTOPHER D. GRIGG
   Assistant United States Attorney
3  Chief, National Security Division
   JUDITH A. HEINZ (Cal. Bar No. 176264)
4  Assistant United States Attorney
   National Security Division
5       1500 United States Courthouse
        312 North Spring Street
6       Los Angeles, California 90012
        Telephone: (213) 894-7280
7       Facsimile: (213) 894-2927
        E-mail:    judith.heinz@usdoj.gov
8
   Attorneys for Applicant
9  UNITED STATES OF AMERICA
```

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH THE INSTAGRAM ACCOUNTS IDENTIFIED AS: @censored_camel, UID 41069262647 AND @young_kvnvk_dierich, UID 8011706733 THAT ARE STORED AT PREMISES CONTROLLED BY FACEBOOK INC. | No. 21-04783M<br><br>[~~XXXXXXXX~~] [~~PROPOSED~~] ORDER SEALING DOCUMENTS<br><br>**(UNDER SEAL)** |
|---|---|

For good cause shown, IT IS HEREBY ORDERED that:

1. The search warrant and all attachments thereto, the application for the search warrant and all attachments thereto, as well as the ex parte application for order sealing documents, the memorandum of points and authorities, the declaration of Judith A. Heinz, this Court's sealing order, and all documents subsequently filed under this same case number until such time as an unsealing order is issued, shall be kept under seal until further order of the Court, or until the government determines that these materials are subject to its discovery obligations in connection with criminal proceedings, at which time they may be produced to defense counsel.

2.   Notwithstanding the above, (a) the government may provide any of these documents to Facebook, Inc. (the "Provider") or others as necessary to serve the warrant on the Provider and to comply with any future discovery obligations; (b) the Provider may disclose the warrant to an attorney for the Provider for the purpose of receiving legal advice; and (c) nothing in this sealing order should prevent the Government from obtaining copies of the sealed documents from the Court Clerk's office.

IT IS SO ORDERED.

DATED: 10/19/2021

_____
HON. ROZELLA A. OLIVER
United States Magistrate Judge

IN CASE OF DENIAL:

The government's application for an order sealing documents is DENIED. The underlying documents and the sealing application shall be returned to the government, without filing of the documents or reflection of the name or nature of the documents on the clerk's public docket.

IT IS SO ORDERED.

DATED: _____

_____
HON. ROZELLA A. OLIVER
United States Magistrate Judge

Prepared by:

_____/s/_____
JUDITH A. HEINZ
Assistant United States Attorney